UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

    v.

OPA CAMPBELL LP, et al.,

    Defendants.

Case No. 21-cv-01619-PJH

**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**

Re: Dkt. No. 18

On June 18, 2021, defendants filed an administrative motion requesting relief from the requirements of General Order 56 allowing them to proceed with a motion to dismiss plaintiff's complaint or a motion for summary judgment. Plaintiff did not file a response within the four days designated by Civil Local Rule 7-11(b). Having reviewed defendants' motion and supporting papers, and finding good cause therefore, the court hereby **GRANTS** defendants' motion.

**IT IS SO ORDERED.**

Dated: June 23, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge