UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>OPA CAMPBELL LP, et al.,<br><br>    Defendants. | Case No. 21-cv-01619-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendant's motion to dismiss first cause of action with prejudice, and the second cause of action without prejudice to refiling in state court,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: August 9, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge